UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY VAN POPERIN and
EUGENE N. HARGRAVE,

    Plaintiffs,

-vs-

Case No. 10-11110
Hon: AVERN COHN

HEWLETT-PACKARD COMPANY,
a corporation,

    Defendant.

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL (DOC. 27) WITHOUT PREJUDICE

This is an employment discrimination case. The parties shall proceed with discovery consistent with the Court's instructions as stated on the record at the hearing held on February 23, 2012. Plaintiff's Motion to Compel (Doc. 27) is **DENIED WITHOUT PREJUDICE.**

    **SO ORDERED**.

Dated: February 24, 2012

    s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, Friday, February 24, 2012, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160